### 41820. SEATON v. REDISCO, INC.

EBERHARDT, Judge. 1. The record.discloses.that the notice of appeal was filed November 15, 1965, and that the judgment

appealed from was entered October 13, 1965. "A notice of appeal shall be filed within 30 days after entry of the appealable decision or judgment complained of . . ." *Code Ann.* § 6-803 (Ga. L. 1965, p. 18, § 5).

2. The judgment appealed from is one sustaining a general demurrer to defendant-appellant's answer and cross action, and is not an appealable judgment. *Code Ann.* § 6-701 (a) (1) (Ga. L. 1965, p. 18, § 1 (a) (1)); *Birdwell v. Pippen,* 113 Ga. App. 202 (147 SE2d 673).

The appeal must be dismissed. *Code Ann.* § 6-809 (b) (1, 2).

*Appeal dismissed. Bell, P. J., and Jordan, J., concur.*

Submitted February 9, 1966—Decided March 3, 1966.

*J. E. B. Stewart,* for appellant.
*Lewis, Lewis & Cagle, Robert W. Cagle,* for appellee.